**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **DAVID and TERRI GAUTHIER** | § § | |
| v. | § § | NO. 1:10-CV-542 |
| **ALLSTATE INSURANCE COMPANY, ET AL.** | § § § | |

**ORDER ADOPTING
<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to a referral order entered on September 9, 2010. On August 4, 2011, the case was reassigned to United States Magistrate Judge Zack Hawthorn. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed to motion to dismiss, with prejudice, Defendant Allstate Texas Lloyd's from this lawsuit (Docket No. 30).

The magistrate judge's report is hereby **ADOPTED**.

So **ORDERED** and **SIGNED** this 7 day of **September, 2011.**

_____
Ron Clark, United States District Judge